UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO. 5:07-CR-0027 DCB LRA

MARK NECAISE

## AGREED ORDER GRANTING EXTENSION OF TIME
## TO FILE GOVERNMENT'S RESPONSE TO MOTION TO VACATE

THIS MATTER is before the Court on the ore tenus motion of the United States for an extension of time of fourteen days to submit a response to the Motion of Mark Necaise to Vacate, Set Aside or Correct his Sentence under 28 U.S.C. § 2255. The Court, having considered the Motion and being fully advised in the premises and further advised that Counsel for movant Mark Necaise has no objection to said Motion, finds that the motion should be granted.

IT IS HEREBY ORDERED that the government is hereby granted until March 2, 2010 to respond to the Motion to Vacate, Set Aside or Correct the Sentence in this case.

SO ORDERED, this the    11th    day of February, 2010.

 s/ David Bramlette
HONORABLE DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE