```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 5:07-cr-27(DCB)(LRA)

MARK A. NECAISE                                          DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Mark A. Necaise's Motion for Certificate of Appealability **(docket entry 85)**. Since a certificate of appealability was denied by Order of the Court dated April 5, 2011 (docket entry 84), the Court shall treat the defendant's motion as a motion for reconsideration. Because the defendant states no grounds for his motion, the motion shall be denied. Accordingly,

IT IS HEREBY ORDERED that the defendant Mark A. Necaise's Motion for Certificate of Appealability **(docket entry 85)** is DENIED.

SO ORDERED, this the 11th day of April, 2011.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE